## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YINERIS ANDINO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLU KIJAKAZI, | : | |
| Commissioner of Social Security | : | NO. 21-2852 |

### O R D E R

SCOTT W. REID, J.

AND NOW, this 18th day of April, 2022, it is hereby ORDERED that Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE